United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUG 0 1 2007

Michael N. Milby
Clerk of Court

| IN RE: ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (NO. VI) | § | Civil Action No. MDL 875 |

This Document Relates To:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| CHARLES H. CHURCH and | § | |
| MARGUERITE CHURCH | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 1:90-cv-00072 |
| | § | |
| ARMSTRONG WORLD INDUSTRIES, | § | |
| INC., et al. | § | |
| Defendants. | § | |

NO. 90-01-370-A

| CHARLES H. CHURCH and | § | IN THE DISTRICT COURT OF |
| MARGUERITE CHURCH | § | |
| Plaintiffs, | § | |
| v. | § | OF CAMERON COUNTY |
| | § | |
| ARMSTRONG WORLD IND., INC., et al. | § | |
| INC., et al. | § | |
| Defendants. | § | 107TH JUDICIAL DISTRICT |

## PLAINTIFF'S MOTION TO DISMISS

COMES NOW MARGUERITE CHURCH, individually and as personal representative of the estate of CHARLES H. CHURCH, deceased, and all defendants in the above-entitled and numbered cause of action and moves this Honorable Court to dismiss all defendants from the above-entitled and numbered cause for the reason that all parties have either been dismissed or have filed bankruptcy and no claims are pending.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court enter its Order dismissing this case of action without prejudice. All costs shall be taxed to the party incurring same.

Respectfully submitted,

WATERS & KRAUS, LLP

_____
EMILY M. STOUT
State Bar No. 24013581
CHARLES S. SIEGEL
State Bar No. 18341875
PETER A. KRAUS
State Bar No. 11712980
3219 McKinney Avenue
Dallas, Texas 75204
Telephone: 214-357-6244
Facsimile: 214-357-7252

**ATTORNEYS FOR PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing has been filed with the Court and served on all known counsel of record by facsimile on the ___ day of July 2007.

_____
EMILY M. STOUT

- 2 -