UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (NO. VI) | § | Civil Action No. MDL 875 |

This Document Relates To:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHARLES H. CHURCH and | § | |
| MARGUERITE CHURCH | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 1:90-cv-00072 |
| | § | |
| ARMSTRONG WORLD IND., INC., et al. | § | |
| Defendants. | § | |

NO. 90-01-370-A

| | | |
|---|---|---|
| CHARLES H. CHURCH and | § | IN THE DISTRICT COURT OF |
| MARGUERITE CHURCH | § | |
| Plaintiffs, | § | |
| v. | § | OF CAMERON COUNTY |
| | § | |
| ARMSTRONG WORLD IND., INC., et al. | § | |
| Defendants. | § | 107TH JUDICIAL DISTRICT |

### ORDER OF DISMISSAL

Came on to be considered the Motion to Dismiss of all Defendants and MARGUERITE CHURCH, individually and as personal representative of the estate of CHARLES H. CHURCH, deceased, in the above-entitled and numbered cause of action. The Court is of the opinion that the Motion should be GRANTED.

IT IS ORDERED by the Court that this action shall be dismissed without prejudice as to all Defendants.

IT IS ORDERED that all costs shall be taxed to the party incurring same.

SIGNED on _____, 2007.

_____
JUDGE PRESIDING