UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Charles H. Church, et al. | § | |
|     plaintiff(s) | § | |
| vs | § | Civil Action 1:90−cv−00072 |
| | § | |
| Inc. Armstrong World Indu, et al. | § | |
|     defendant(s) | | |

Clerk's Notice of Mandatory Electronic Filing

    A document was recently filed in paper in this case. Counsel is hereby notified that, under the Administrative Procedures for Electronic Filing in Civil and Criminal Cases effective January 1, 2007, attorneys are required to file all complaints, initial papers, motions, memoranda of law, briefs, and other pleadings and documents in connection with a civil case electronically, unless permitted otherwise by the presiding Judge.

    In the future, documents filed in paper by attorneys without permission of a Judge may be stricken. If you are not registered for electronic filing, please visit our Web Site for instructions:

www.txs.uscourts.gov

If you have questions, please call our Electronic Filing Help Desk toll free at 866−358−6201.

Entered: August 1, 2007

Michael N. Milby, Clerk