# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 2 3 2007

...k of Court

J Carlisle DeHay
DeHay & Blanchard
2500 South Tower, LB 201
Plaza opf the Americas
Dallas Tx 75201-2880

Case: 1:90-cv-00072   Instrument: 14   (1 pages)   aty
Date: Aug 7, 2007
Control: 07085954
Notice: The attached order has been entered.

## AUTHORIZATION TO SEND NOTICES
## BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022, 9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (_____) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: (_____) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 2 3 2007
MICHAEL N. MILBY, CLERK OF COURT





Hasler
$00.410
Mailed From 77002
08/07/2007
US POSTAGE

NIXIE     752    DE 1         00 08/21/07
             RETURN TO SENDER
             ATTEMPTED - NOT KNOWN
             UNABLE TO FORWARD

BC: 772081010              *2233-08834-07-35