# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

David M Glaspy
201 N Civic Dr Suite 245
Walnut Creek CA 94596

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 2 4 2007

Michael N. Milby, Clerk of Court

Case: 1:90-cv-00072   Instrument: 14   (1 pages)   aty
Date: Aug 7, 2007
Control: 07085956
Notice: The attached order has been entered.

## AUTHORIZATION TO SEND NOTICES
## BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022, 9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (____) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: (____) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 2 4 2007
MICHAEL N. MILBY, CLERK OF COURT

Not at this address

Hasler
$00.41⁰
Mailed From 77002
08/07/2007
US POSTAGE

NIXIE      945    DE 1       00    08/19/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010            *1733-16306-07-36